COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IRMA ARRIAGA, | § | No. 08-08-00163-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, | § | of Pecos County, Texas |
| | § | |
| Appellee. | § | (TC# P-10,610-112-CV) |
| | § | |

**<u>MEMORANDUM OPINION</u>**


Pending before the Court is the motion of Irma Arriaga, Appellant, to dismiss this appeal for the reason that the parties have settled all matters in controversy in the underlying lawsuit. Appellee has not objected to the motion and there is no indication that dismissal would prevent Appellee from seeking relief to which it would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). We therefore grant the motion and dismiss the appeal with prejudice. Each party shall bear its own costs pursuant to the settlement agreement.


KENNETH R. CARR, Justice

October 2, 2008

Before Chew, C.J., McClure, and Carr, JJ.